Dennis WEISENBURGER, Appellant,

v.

CITY OF ST. JOSEPH, Missouri,
Respondent.

No. WD 64401.

Missouri Court of Appeals,
Western District.

Nov. 15, 2005.

Daniel L. Radke, St. Joseph, MO, for appellant.

Timothy J. Davis, St. Joseph, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Weisenburger appeals the trial court's summary judgment in favor of the City of St. Joseph. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).